1474

## MOTION DOCKET

**87–1614.** State v. Benner. *Summit County,* No. 12664. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied and execution date set.

**88–717.** State v. Tyler. *Cuyahoga County,* No. 51696. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied.

**89–2128.** State v. Jackson. *Cuyahoga County,* No. 55758. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied.
On motion to set execution date. Motion granted.

**90–1815.** State v. Slagle. *Cuyahoga County,* No. 55759. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied.

**91–374.** State v. Rojas. *Hamilton County,* No. C–880332. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied.

**91–963.** State v. Carter. *Hamilton County,* No. G–890513. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied.